IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:24-CR-00077-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                      ORDER

JONAS MICHAEL FUCITO,

    Defendant.

This matter comes before the court on Defendant's unopposed motion requesting an order that will facilitate visits between Defendant and his counsel in advance of sentencing [DE 28]. For good cause shown, the motion is GRANTED. Defense counsel shall be granted contact visits with Defendant at Central Prison in Raleigh, North Carolina, and is authorized to bring in an iPad, computer, disc drives, discs, USB memory sticks, legal pads and pens for those visits.

SO ORDERED this ___13th___ day of May, 2025.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE